UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| S.C. JOHNSON & SON, INC.<br><br>                    Plaintiff,<br>  v.<br><br>UNITED STATES,<br>                    Defendant. | S U M M O N S<br>Case No. 21-00244 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
_____
Clerk of the Court

## PROTEST

| Port of Entry: Detroit, MI | Date Protest Filed: 2/22/17 |
|---|---|
| Protest Number: 3801-17-100500 | Date Protest Denied: 11/24/20 |
| Importer: S.C. Johnson & Son, Inc. | |
| Category of Merchandise: Plastic Food Storage Bags | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Please see attached schedule of entries. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
US Customs & Border Protection
2810 W. Fort Street, Suite 123
Detroit, MI 48216

Brett Ian Harris, Esq. c/o
Roll & Harris LLP
2001 L Street NW  Suite 500
Washington, DC 20036
(845) 255-1850
brett.harris@thetradelawfirm.com

Address of Customs Port in
Which Protest was Denied

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Plastic Food Storage Bags | 3923.21.0030 | 3.0% | A3924.90.5650 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests: Whether the subject plastic bags are primarily used to store food or beverages for household purposes, and are thus properly classified as "Tableware, Kitchenware, Other Household Articles And Hygienic Or Toilet Articles, Of Plastics" of HTSUS heading 3924, and whether such goods are entitled to duty-free treatment under the Generalized System of Preferences ("GSP").

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

*Signature of Plaintiff's Attorney*

*Date: May 21, 2021*

Protest #3801-17-100500: S.C. Johnson & Son, Inc.
Date of Filing: 2/22/17
Date of Denial: 11/24/20

| Entry number | Entry Date | Liquidation Date | Port |
|---|---|---|---|
| 231-0279195-6 | 10/13/2015 | 8/26/2016 | 4601 |
| 231-0282790-9 | 10/31/2015 | 9/16/2016 | 3801 |
| 231-0282793-3 | 10/31/2015 | 9/16/2016 | 3801 |
| 231-0282797-4 | 10/31/2015 | 9/16/2016 | 3801 |
| 231-0284315-3 | 10/31/2015 | 9/16/2016 | 3801 |
| 231-0285974-6 | 10/27/2015 | 9/16/2016 | 3801 |
| 231-0285988-6 | 10/27/2015 | 9/16/2016 | 3801 |
| 231-0287656-7 | 11/3/2015 | 9/16/2016 | 3801 |
| 231-0284271-8 | 11/9/2015 | 9/23/2016 | 2809 |
| 231-0285187-5 | 11/7/2015 | 9/23/2016 | 3801 |
| 231-0285860-7 | 11/7/2015 | 9/23/2016 | 3801 |
| 231-0285888-8 | 11/7/2015 | 9/23/2016 | 3801 |
| 231-0287644-3 | 11/15/2015 | 9/30/2016 | 3801 |
| 231-0287648-4 | 11/15/2015 | 9/30/2016 | 3801 |
| 231-0289898-3 | 11/11/2015 | 9/30/2016 | 3801 |
| 231-0289848-8 | 11/24/2015 | 10/7/2016 | 2809 |
| 231-0290287-6 | 11/21/2015 | 10/7/2016 | 3801 |
| 231-0290290-0 | 11/21/2015 | 10/7/2016 | 3801 |
| 231-0290303-1 | 11/21/2015 | 10/7/2016 | 3801 |
| 231-0292667-7 | 11/18/2015 | 10/7/2016 | 3801 |
| 231-0292671-9 | 11/18/2015 | 10/7/2016 | 3801 |
| 231-0291896-3 | 11/28/2015 | 10/14/2016 | 3801 |
| 231-0292358-3 | 11/28/2015 | 10/14/2016 | 3801 |
| 231-0294309-4 | 11/24/2015 | 10/14/2016 | 3801 |
| 231-0294318-5 | 11/24/2015 | 10/14/2016 | 3801 |
| 231-0294446-4 | 11/30/2015 | 10/14/2016 | 4601 |
| 231-0294462-1 | 11/24/2015 | 10/14/2016 | 3801 |
| 231-0294487-8 | 12/6/2015 | 10/21/2016 | 3801 |
| 231-0296594-9 | 12/2/2015 | 10/21/2016 | 3801 |
| 231-0296621-0 | 12/8/2015 | 10/21/2016 | 2809 |
| 231-0296658-2 | 12/2/2015 | 10/21/2016 | 3801 |
| 231-0296656-6 | 12/13/2015 | 10/28/2016 | 3801 |
| 231-0296808-3 | 12/13/2015 | 10/28/2016 | 3801 |
| 231-0296815-8 | 12/14/2015 | 10/28/2016 | 4601 |
| 231-0298310-8 | 12/9/2015 | 10/28/2016 | 3801 |
| 231-0297552-6 | 12/20/2015 | 11/4/2016 | 3801 |
| 231-2401123-5 | 12/15/2015 | 11/4/2016 | 3801 |
| 231-2401545-9 | 12/15/2015 | 11/4/2016 | 3801 |
| 231-0298292-8 | 12/18/2015 | 11/14/2016 | 3901 |
| 231-2401555-8 | 12/25/2015 | 11/14/2016 | 3901 |
| 231-2402266-1 | 12/22/2015 | 11/14/2016 | 3801 |
| 231-2402592-0 | 12/22/2015 | 11/14/2016 | 3801 |
| 231-2402606-8 | 12/24/2015 | 11/14/2016 | 3801 |
| 231-2402632-4 | 12/24/2015 | 11/14/2016 | 3801 |
| 231-2402656-3 | 12/28/2015 | 11/14/2016 | 4601 |
| 231-2401541-8 | 12/27/2015 | 11/18/2016 | 3801 |
| 231-2401583-0 | 1/1/2016 | 11/18/2016 | 1704 |
| 231-2401605-1 | 12/27/2015 | 11/18/2016 | 3801 |
| 231-2404797-3 | 12/31/2015 | 11/18/2016 | 3801 |
| 231-2404904-5 | 1/1/2016 | 11/18/2016 | 5501 |
| 231-2405701-4 | 12/31/2015 | 11/18/2016 | 3801 |
| 231-2405726-1 | 12/31/2015 | 11/18/2016 | 3801 |
| 231-2406807-8 | 1/8/2016 | 11/18/2016 | 2809 |

| Entry number | Entry Date | Liquidation Date | Port |
|---|---|---|---|
| 231-2406815-1 | 1/4/2016 | 11/18/2016 | 4601 |
| 231-2402705-8 | 1/2/2016 | 11/25/2016 | 3801 |
| 231-2404785-8 | 1/10/2016 | 11/25/2016 | 3801 |
| 231-2406432-5 | 1/7/2016 | 11/25/2016 | 3801 |
| 231-2406434-1 | 1/8/2016 | 11/25/2016 | 3801 |
| 231-2406794-8 | 1/8/2016 | 11/25/2016 | 3801 |
| 231-2406799-7 | 1/9/2016 | 11/25/2016 | 3901 |
| 231-2407630-3 | 1/12/2016 | 11/25/2016 | 2809 |
| 231-2408339-0 | 1/15/2016 | 11/25/2016 | 5501 |
| 231-2406242-8 | 1/20/2016 | 12/2/2016 | 1704 |
| 231-2406830-0 | 1/17/2016 | 12/2/2016 | 3801 |
| 231-2406858-1 | 1/17/2016 | 12/2/2016 | 3801 |
| 231-2407586-7 | 1/14/2016 | 12/2/2016 | 3801 |
| 231-2408290-5 | 1/15/2016 | 12/2/2016 | 5501 |
| 231-2408653-4 | 1/14/2016 | 12/2/2016 | 3801 |
| 231-2408655-9 | 1/22/2016 | 12/2/2016 | 3901 |
| 231-2409512-1 | 1/28/16 | 12/2/2016 | 3801 |
| 231-2410450-1 | 1/22/2016 | 12/2/2016 | 3801 |
| 231-2410749-6 | 1/27/16 | 12/2/2016 | 3801 |
| 231-2410764-5 | 1/22/16 | 12/2/2016 | 3801 |
| 231-2411121-7 | 1/28/16 | 12/2/2016 | 3801 |
| 231-2408287-1 | 1/14/2016 | 12/9/2016 | 3801 |
| 231-2408651-8 | 1/24/2016 | 12/9/2016 | 3801 |
| 231-2409787-9 | 1/31/2016 | 12/16/2016 | 3801 |
| 231-2411390-8 | 2/2/2016 | 12/16/2016 | 2809 |
| 231-2411123-3 | 2/7/2016 | 12/23/2016 | 3801 |
| 231-2411400-5 | 1/31/2016 | 12/23/2016 | 3901 |
| 231-2412304-8 | 2/6/2016 | 12/23/2016 | 3801 |
| 231-2412558-9 | 2/6/2016 | 12/23/2016 | 3801 |
| 231-2412598-5 | 2/9/2016 | 12/23/2016 | 4601 |
| 231-2412600-9 | 2/5/2016 | 12/23/2016 | 3801 |
| 231-2414286-5 | 2/11/2016 | 12/30/2016 | 3801 |
| 231-2414288-1 | 2/11/2016 | 12/30/2016 | 3801 |
| 231-2414519-9 | 2/11/2016 | 12/30/2016 | 3801 |
| 231-2414521-5 | 2/18/2016 | 12/30/2016 | 3801 |
| 231-2414529-8 | 2/11/2016 | 12/30/2016 | 3801 |
| 231-2412298-2 | 2/14/2016 | 1/6/2017 | 3801 |
| 231-2414499-4 | 2/21/2016 | 1/6/2017 | 3801 |
| 231-2414283-2 | 2/29/2016 | 1/13/2017 | 1704 |
| 231-2415822-6 | 2/23/2016 | 1/13/2017 | 3801 |
| 231-2415857-2 | 2/23/2016 | 1/13/2017 | 3801 |
| 231-2415923-2 | 2/28/2016 | 1/13/2017 | 5501 |
| 231-2415928-1 | 2/23/2016 | 1/13/2017 | 3801 |
| 231-2418153-3 | 3/1/2016 | 1/13/2017 | 3801 |
| 231-2418347-1 | 3/1/2016 | 1/13/2017 | 3801 |
| 231-2418350-5 | 3/3/2016 | 1/13/2017 | 4601 |
| 231-2419331-4 | 2/29/2016 | 1/13/2017 | 3801 |
| 231-2414536-3 | 2/23/2016 | 1/20/2017 | 3901 |
| 231-2415921-6 | 2/28/2016 | 1/20/2017 | 3901 |
| 231-2418339-8 | 3/1/2016 | 1/20/2017 | 3801 |
| 231-2418348-9 | 3/10/2016 | 1/20/2017 | 5501 |
| 231-2419319-9 | 2/29/2016 | 1/20/2017 | 3801 |
| 231-2420099-4 | 3/11/2016 | 1/20/2017 | 3801 |
| 231-2420824-5 | 3/14/2016 | 1/27/2017 | 1704 |

| Entry number | Entry Date | Liquidation Date | Port |
|---|---|---|---|
| 231-2420842-7 | 3/9/2016 | 1/27/2017 | 3801 |
| 231-2420846-8 | 3/14/2016 | 1/27/2017 | 3801 |
| 231-2420855-9 | 3/14/2016 | 1/27/2017 | 3801 |
| 231-2420964-9 | 3/9/2016 | 1/27/2017 | 3801 |
| 231-2422217-0 | 3/15/2016 | 1/27/2017 | 3801 |
| 231-2420827-8 | 3/20/2016 | 2/3/2017 | 5501 |
| 231-2422226-1 | 3/15/2016 | 2/3/2017 | 3801 |
| 231-2422791-4 | 3/15/2016 | 2/3/2017 | 3801 |
| 231-2422808-6 | 3/27/2016 | 2/3/2017 | 5501 |
| 231-2423442-3 | 3/22/2016 | 2/3/2017 | 3801 |
| 231-2423671-7 | 3/22/2016 | 2/3/2017 | 3801 |
| 231-2423676-6 | 3/22/2016 | 2/3/2017 | 3801 |
| 231-2420851-8 | 3/21/2016 | 2/10/2017 | 3801 |
| 231-2421432-6 | 3/21/2016 | 2/10/2017 | 3801 |
| 231-2422801-1 | 3/27/2016 | 2/10/2017 | 3801 |
| 231-2422811-0 | 3/27/2016 | 2/10/2017 | 3801 |
| 231-2423664-2 | 3/28/2016 | 2/10/2017 | 4601 |
| 231-2423679-0 | 3/26/2016 | 2/10/2017 | 3801 |
| 231-2423448-0 | 4/6/2016 | 2/17/2017 | 2704 |
| 231-2424008-1 | 4/3/2016 | 2/17/2017 | 3801 |
| 231-2424258-2 | 4/3/2016 | 2/17/2017 | 3801 |
| 231-2425365-4 | 4/6/2016 | 2/17/2017 | 2704 |
| 231-2428110-1 | 4/8/2016 | 2/17/2017 | 2704 |
| 231-2428120-0 | 4/8/2016 | 2/17/2017 | 2704 |